FILED

11/25/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0576

IN THE SUPREME COURT OF THE STATE OF MONTANA

Cause No. DA 24-0576

LILLIAN A. OVERMAN and LARRY ROBINSON,

     Defendants and Appellants,

     v.

FRANK APECELLA and SHIRLYNNE APECELLA,

     Plaintiffs and Appellees.

On Appeal from the Montana Twenty-First Judicial District Court, Ravalli County,
Honorable Howard F. Recht Presiding
Cause No. DV-41-2021-240-IJ

**ORDER**

Upon consideration of Appellant Lillian A. Overman and Larry Robinson's Motion for Extension of Time, made pursuant to M.R.App.P., Rule 26, and good cause appearing,

IT IS HEREBY ORDERED that Appellants are granted a 30-day extension from the current deadline of November 27, 2024, within which to file its opening brief. Appellants' brief is now due on or before December 27, 2024.

ORDER GRANTING MOTION FOR EXTENSION OF TIME

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 25 2024